offered in evidence and submitted upon the hearing of this appeal. Judgment reversed, with costs, and complaint dismissed, with costs. Costs in this action to be offset against the judgment in No. 112.

WAHL, Respondent, v. MISCHLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Karl A. Wahl against Victoria Mischler and others. No opinion. Appeal dismissed, unless appellants file and serve the printed papers on appeal within 40 days after service of copy of this order.

WALKER v. JURYAN. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by William R. Walker against Ike Juryan. No opinion. Application denied, with $10 costs. Order signed. See, also, 148 N. Y. Supp. 1149.

WALKER v. JURYAN. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by William R. Walker against Ike Juryan. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1149.

WARD, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Ellen Ward against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

WARD, Respondent, v. GRANBY, PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Leonard Ward against the Granby Pulp & Paper Company. No opinion. Judgment and order affirmed, with costs.

WARD, Respondent, v. T. HOGAN & SONS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Patrick Ward against T. Hogan & Sons, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 159 App. Div. 490, 144 N. Y. Supp. 514.

WARNER, Appellant, v. MANHATTAN LIGHTERAGE CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by George H. Warner against the Manhattan Lighterage Company. No opinion. Judgment unanimously affirmed, with costs.

WARNER v. MORGAN et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by James H. Warner against Edwin D. Morgan and another. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 81 Misc. Rep. 685, 143 N. Y. Supp. 516.

WARREN v. ALBRO et al. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Appeal from Trial Term, Dutchess County. Action by Augusta M. Warren against William C. Albro and another, as administrators of George Brown, deceased. From a judgment in favor of plaintiff, and from an order denying defendants' motion for a new trial, they appeal. Reversed, and new trial granted. Sydney A. Syme, of Mt. Vernon, for appellants. Morschauser, Mack & Mulvey, of Poughkeepsie, for respondent.

PER CURIAM. The jury must have found that the decedent agreed to leave the plaintiff $25,000 in money or in land. The evidence does not with sufficient clearness show that such agreement was made. Whether the evidence sufficiently shows an agreement to leave her the farm is not decided, as a new trial is required, and the complaint does not specifically allege such an agreement. Judgment and order reversed, and new trial granted; costs to abide the event.

BURR, J. I think that the evidence fails to establish any contractual relation between plaintiff and decedent with that degree of clearness and cogency which is required in actions of this character. Construing the evidence of most of the witnesses called by plaintiff most favorably for her, it indicates nothing but an unexecuted testamentary intention upon the part of defendants' intestate. As to the testimony of the three or possibly four witnesses who did testify to facts which, if accepted, might establish a consideration for his promise, it is sufficient to say that either they were interested witnesses testifying to alleged admissions of decedent, or their testimony was so discredited upon cross-examination that it afforded no basis for any verdict against defendants. I concur in the reversal of the judgment and order, but I go further, and think that the motion made at the close of the entire case to dismiss plaintiff's complaint should have been granted.

In re WEAVER (two cases). (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of George Weaver. No opinion. Motions to dismiss appeals granted, with $10 costs. Order filed. See, also, 156 App. Div. 927, 141 N. Y. Supp. 1054.

WEBB, Respondent, v. BRADLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Harold Webb, an infant, etc., against Walter Bradley and others. No opinion. Judgment and order affirmed, with costs.

WEED, Appellant, v. DICKEY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Arthur Weed, as executor, etc., against William D. Dickey and others, as commissioners, etc. B. E. V. McCarty, of New York City, for appellant. C. J. Nehrbas, of New